**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

This Document Relates to the Following:

BARBARA C. RADFORD
Civil Case #1:21-cv-06342

**<u>NOTICE OF SUGGESTION OF DEATH</u>**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of

Civil Procedure 25(a)(1), herby informs this Honorable Court upon information and belief

of the death of Plaintiff, Barbara C. Radford, who died on or about July 1, 2025.

Dated: June 11, 2026

Respectfully submitted,

SIMON GREENSTONE PANATIER, P.C.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email: shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*