**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-MDL No. 2570

---

This Document Relates to the Following:

BARBARA RADFORD
Civil Case #1:21-cv-06342-RLY-TAB

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Theresa Hickman, surviving daughter of Plaintiff-decedent Barbara Radford, and files this motion to substitute. Theresa Hickman is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Barbara Radford filed his Short Form Complaint in the United State District Court for the Southern District of Indiana on January 5, 2021.

2. Plaintiff Barbara Radford died on or about July 1, 2025.

3. On June 11, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27. Plaintiff's counsel recently learned of the death of Barbara Radford after contacting her daughter.

4. Theresa Hickman, surviving daughter of Barbara Radford, is the proper party plaintiff to substitute for Plaintiff-decedent Barbara Radford and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to

1

Fed. R. Civ. P. 25(a)(1), "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.    Plaintiff thus moves to substitute Theresa Hickman, as Successor in Interest of the Estate of Barbara Radford, Deceased, as Plaintiff in the present action.

6.    Plaintiff also moves to amend the complaint, as well as the caption of the complaint, to correct the proper Plaintiff (specifically, Theresa Hickman, as Successor in Interest of the Estate of Barbara Radford, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Barbara Radford is now deceased.

7.    A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8.    Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Theresa Hickman, as Successor in Interest of the Estate of Barbara Radford, Deceased, as Party Plaintiff for Barbara Radford; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:21-cv-06342-RLY-TAB; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: June 12, 2026

Respectfully submitted,

2

SIMON GREENSTONE PANATIER, P.C.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email: Shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ *Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*