**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

---

This Document Relates to the Following:

BARBARA RADFORD
Civil Case #1:21-cv-06342-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered the surviving spouse of Plaintiff-decedent Barbara Radford, Theresa Hickman's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27940.]

IT IS THEREFORE ORDERED that: (1) Theresa Hickman, as Successor in Interest of the Estate of Barbara Radford, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a First Amended Short For complaint; and, (3) the First Amended Short Form complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Date: 7/16/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.